**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**PAUL HARPER**          **PLAINTIFF**

**VS.**          **CIVIL ACTION NO.: 1:23-cv-00156-GHD-RP**

**CITY OF IUKA, MISSISSIPPI**          **DEFENDANT**

---

### STIPULATION OF DISMISSAL

---

It is stipulated that all claims against Defendant City of Iuka, Mississippi ("Defendant") may be dismissed with prejudice pursuant to the terms of a Confidential Release of Claims and Settlement Agreement entered into between Defendant and Plaintiff Paul Harper ("Plaintiff"), which includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing this case with prejudice.

Dated: July 31, 2024.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: _/s/ H. David Clark, III_
G. Todd Butler, MB #102907
H. David Clark, III, MB #104165
4270 I-55 North
Jackson, Mississippi 39211-6391
P. O. Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300

PD.46323256.1

Telecopier: (601) 360-9777
Email: todd.butler@phelps.com
trey.clark@phelps.com

**ATTORNEYS FOR THE DEFENDANT**

PD.46323256.1

## CERTIFICATE OF SERVICE

I, H. DAVID CLARK, III, do hereby certify that I electronically filed the foregoing *STIPULATION* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 31st day of July, 2024.

/s/ H. David Clark, III
H. DAVID CLARK, III