UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL HARPER                                                          PLAINTIFF

VS.                                          CIVIL ACTION NO. 1:23-CV-00156-GHD-RP

CITY OF IUKA, MISSISSIPPI                                            DEFENDANT

### ORDER OF DISMISSAL

The Court, having considered the parties' joint stipulation [25] to dismiss all claims asserted herein with prejudice, finds that this matter should be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE, and this case is CLOSED.

SO ORDERED, this the _____ day of August, 2024.

_____
SENIOR U.S. DISTRICT JUDGE